# UNITED STATES DISTRICT COURT

District of Minnesota

Cold Spring Granite Company,
Plaintiff

v.

K-Line America, Inc.
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 00-1703 JMR/RLE

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post–judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Cold Spring Granite Company | 9/7/00 |
| [signature] | K-Line America, Inc. | 9/5/00 |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to ______________ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

September 12, 2000
Date

[signature]
United States District Judge

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

5

Date: September 14, 2000 dl

RECORD OF DOCKET TEXT

0:00-cv-01703 Cold Spring Granite v. K-Line America, Inc

DOCKET ENTRY

CONSENT TO TRIAL AND ORDER OF REFERENCE (Judge James M. Rosenbaum / 9/12/00) before Magistrate Judge Raymond L. Erickson with appeal to 8th Circuit Court of Appeals 1pg (cc: all counsel)

FILE NO. FOR FUTURE PLEADINGS IS: 00-1703RLE

Hon. Raymond L Erickson, Judge

THIS NOTICE SENT TO ALL COUNSEL