**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cold Spring Granite Company,

Plaintiff,

v.

K-Line America, Inc.,

Defendant.

Court File No. 00-1703 (RHK/RLE)

**STIPULATION OF DISMISSAL AND ORDER**

---

The above-captioned action may be dismissed pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: ~~September~~ October 2, 2000

**WILLENBRING, DAHL, WOCKEN & ZIMMERMAN, PLLC**

By: [signature]
Kirby Dahl, #20710
Red River at Main
P.O. Box 417
Cold Spring, MN 56320-0417
(320) 685-3678

**Attorneys for Plaintiff**

Dated: September 28, 2000

**CHESTNUT & CAMBRONNE, P.A.**

By: [signature]
Karl L. Cambronne, #14321
Mylene A. Peterson, #0281554
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

**Attorneys for Defendant**

**ORDER**

Based on the foregoing stipulation, this matter is hereby dismissed.

Dated: 10/10/00

By: [signature]
~~The Honorable Raymond L. Erickson~~
~~United States Magistrate Judge~~
Richard H. Kyle, Judge
U.S. District Court

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK